IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-173-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER GRANTING** |
| ) | **DEFENDANT'S MOTION TO** |
| v. ) | **SEAL** |
| ) | |
| ) | |
| JOHN WAYNE LACASS ) | |

This matter comes before the Court on the motion of Defendant John Wayne LaCass to seal his sentencing memorandum and exhibits (DE 183, 183-1, 184, 184-1 to -7). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j) and to comply with 38 U.S.C. § 7332 (42 C.F.R. Part 2), and therefore the motion to seal should be GRANTED. Docket Entries 183, 183-1, 184, and 184-1 to -7 shall remain under seal.

IT IS SO ORDERED.

This the 15 day of July, 2021.

JAMES C. DEVER III
United States District Judge