IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-173-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER GRANTING** |
| ) | **DEFENDANT'S MOTION TO** |
| v. ) | **SEAL PROPOSED SEALED** |
| ) | **MOTION (DE 188)** |
| ) | |
| JOHN WAYNE LACASS ) | |

This matter comes before the Court on the motion of Defendant John Wayne LaCass to seal his motion to continue his sentencing hearing (DE 188). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Standing Order 09-SO-02 (E.D.N.C. Feb. 12, 2010), and therefore the motion to seal should be GRANTED. Docket Entry 188 shall remain under seal.

This the **20** day of July, 2021.

JAMES C. DEVER III
United States District Judge